

District of Columbia
Public Schools

Office of the General Counsel
1200 First Street, NE, 10 Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES ACT**

## ATTORNEY INFORMATION

| | |
|---|---|
| Law Firm: | Kimberly Glassman, Esq. LLC |
| Attorney: | Kimberly Glassman |
| Federal Tax ID Number: | ████ 2974 |
| Attorney's Bar Number/Year of Admission-State of Admission: | DC Bar - 2004 #483506  MD Bar - 2003 |
| Telephone Number: | 301 651-2578 |
| Attorney Email Address: | ksglassman@gmail.com |
| Attorney/Firm Mailing Address: | 18713 Calypso Place  Gaithersburg, MD 20879 |

## STUDENT INFORMATION

| | |
|---|---|
| Name: | ████ |
| Date of Birth: | 8/27/03 |
| Date Hearing Request was Filed: | 6/19/17 |
| Date(s) of Hearing: | 09/19/2017 and 09/20/2017 |
| Settlement Agreement or HOD (?): | HOD |
| Date of Determination (HOD/SA): | 10/5/17 |
| Parent/Guardian Name: | Brenda Bullock Smith |
| Parent/Guardian Address: | 301 51st St NE  Washington, DC 20019 |

## INVOICE INFORMATION

| | | |
|---|---|---|
| Case Number: | 2017-0163 | |
| Attorney Invoice Number: | 2017-03 | |
| Date Request was Submitted: | 11/16/17 | |
| Date(s) of Services Rendered: | 12/8/16-6/8/17 | |
| Attorney Hourly Rate: | $465.00 | |
| Total Attorney Fees: | $ | 32,503.50 |
| Total Attorney Costs: | $ | 608.20 |
| Total Invoice: | $ | 33,111.70 |

**CERTIFICATION (Must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

1

- All services listed in the enclosed invoice were actually performed;
- The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- District of Columbia Public School is the sole entity from which payment of the fees, costs, and expenses itemized on the enclosed invoice is requested;
- No attorney or law firm who either (1) provides services listed on the enclosed invoice; or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer, or employee of the firm, in a special education diagnostic service, school, or other special education service providers;
- I understand that the making of false statements to an agency of the D.C. Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____                    November 16, 2017
Signature                                              Date



District of Columbia
Public Schools

| Office of the General Counsel | Phone: 202-442-5000 |
|---|---|
| 1200 First Street, NE, 10 Floor | Fax: 202-442-5098 |
| Washington, DC 20002-4232 | www.k12.dc.us |

## ATTORNEY FEE WORKSHEET

**Instructions: Please complete the form by filling in the highlighted boxes.**
**Note that flat rate billing items are noted on a separate sheet in this workbook.**

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

| | |
|---|---|
| Student Name: | |
| OGC Control Number: | |
| Approved Attorney Fee Total: | $0.00 |

| Date | Professional Services | Attorney Initials | Time Spent Hrs | Time Spent Min | Rate Per Hour | Total |
|---|---|---|---|---|---|---|
| | | | PER HOUR BILLING TOTAL | | | $ 32,503.50 |
| 2/1/17 | Meeting with client, discussion of educational concerns and history. | KG | 1 | | $465.00 | $ 465.00 |
| 2/1/17 | Draft and submit initial request for records to Kelly Miller Middle School and OSSE | KG | .4 | | $465.00 | $ 186.00 |
| 2/2/17 | Receive and review records from Kelly Miller. | KG | 1.5 | | $465.00 | $ 697.50 |
| 2/9/17 | Correspondence with Kelly Miller MS re records received and records still oustanding. Request complete records be transmitted. | KG | .3 | | $465.00 | $ 139.50 |
| 2/10/17 | PC client re: records reviewed, need to request IEP meeting to discuss educational concerns. | KG | .4 | | $465.00 | $ 186.00 |
| 2/13/17 | Draft and submit correspondence to Kelly Miller Middle School requesting meeting to discuss current services. | KG | .2 | | $465.00 | $ 93.00 |
| 2/22/17 | Correspondence to Kelly Miller following up on previous request for IEP meeting date and complete educational records. | KG | .2 | | $465.00 | $ 93.00 |
| 2/27/17 | Correspondence with OSSE that records are ready for pick up. Schedule time to pick up records. | KG | .2 | | $465.00 | $ 93.00 |
| 3/1/17 | Appointment at OSSE to pick up student's educational records. | KG | .6 | | $465.00 | $ 279.00 |
| 3/2/17 | Review educational records provided by OSSE | KG | 2.2 | | $465.00 | $ 1,023.00 |
| 3/14/17 | Receive and review draft IEP for upcoming meeting. | KG | .7 | | $465.00 | $ 325.50 |
| 3/15/17 | PC client re: IEP meeting at Kelly Miller | KG | .3 | | $465.00 | $ 139.50 |
| 3/16/17 | IEP meeting at Kelly Miller MS | KG | 1 | | $465.00 | $ 465.00 |
| 3/16/17 | Phone call with client, discuss educational concerns and desire for increase in services. | KG | .6 | | $465.00 | $ 279.00 |
| 5/20/17 | Correspondence from Kelly Miller MS to schedule meeting to review completed evaluations | KG | .2 | | $465.00 | $ 93.00 |
| 5/20/17 | Receive/review FBA and Triennial evaluation completed by DCPS | KG | 1.3 | | $465.00 | $ 604.50 |
| 5/21/17 | PC client re upcoming IEP meeting | KG | .5 | | $465.00 | $ 232.50 |
| 5/30/17 | IEP meeting at Kelly Miller, review FBA and Triennial evaluations | KG | 1 | | $465.00 | $ 465.00 |
| 6/5/17 | Correspondence to Kelly Miller to request copy of final IEP following meeting | KG | .2 | | $465.00 | $ 93.00 |
| 6/9/17 | Correspondence to Kelly Miller following up on request for finalized IEP | KG | .2 | | $465.00 | $ 93.00 |
| 6/12/17 | Third follow up correspondence to Kelly Miller requesting finalized IEP from May 30 meeting. | KG | .2 | | $465.00 | $ 93.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/13/17 | Receive/review records provided by Kelly Miller, including SRI data, report card, attendance. | KG | .8 | | $465.00 | $ 372.00 |
| 6/16/17 | Receive/review finalized IEP | KG | .6 | | $465.00 | $ 279.00 |
| 6/17/17 | PC client re final records received, filing complaint and complaint process | KG | .5 | | $465.00 | $ 232.50 |
| 6/18/17 | Review client file to prepare due process complaint | KG | 1.4 | | $465.00 | $ 651.00 |
| 6/18/17 | Begin draft of due process complaint, including detailed factual history | KG | 2.2 | | $465.00 | $ 1,023.00 |
| 6/19/17 | Continue due process complaint draft to prepare for filing | KG | 1.8 | | $465.00 | $ 837.00 |
| 6/19/17 | PC client to review complaint and next steps after filing due process. | KG | .7 | | $465.00 | $ 325.50 |
| 6/21/17 | Receive and review Hearing Officer assignment and proposed PHC and hearing dates | KG | .2 | | $465.00 | $ 93.00 |
| 6/21/17 | Correspondence with IHO Ruff and T. Chor to schedule hearing dates | KG | .2 | | $465.00 | $ 93.00 |
| 6/21/17 | Correspondence with DCPS to schedule Resolution Session | KG | .3 | | $465.00 | $ 139.50 |
| 6/27/17 | Receive/review response to due process complaint | KG | .6 | | $465.00 | $ 279.00 |
| 6/30/17 | Resolution Session held at Kelly Miller MS | KG | 1 | | $0.00 | $ - |
| 7/3/17 | Correpsondence with CCM Cogdell and T. Chor re: settlement discussion and request from parent. | KG | .3 | | $465.00 | $ 139.50 |
| 7/6/17 | Correspondence with IHO Ruff and T. Chor re: hearing dates and PHC date | KG | .2 | | $465.00 | $ 93.00 |
| 7/10/17 | Follow up correspondence with CCM Cogdell and T. Chor re settlement discussion | KG | .2 | | $465.00 | $ 93.00 |
| 7/14/17 | Receive/review proposed settlement | KG | .5 | | $465.00 | $ 232.50 |
| 7/14/17 | PC client re: proposed settlement | KG | .3 | | $465.00 | $ 139.50 |
| 7/14/17 | Correspondence to DCPS re: counter offer and opposition to terms in DCPS PSA | KG | .3 | | $465.00 | $ 139.50 |
| 7/20/17 | Follow up correspondence with DCPS re settlement proposal. | KG | .3 | | $465.00 | $ 139.50 |
| 7/22/17 | PC Dr. Natasha Nelson re: expert services for due process hearing. | KG | .5 | | $465.00 | $ 232.50 |
| 7/24/17 | Correspondence to DCPS to formally reject PSA | KG | .5 | | $465.00 | $ 232.50 |
| 7/25/17 | Correpsondence to Kelly Miller, CCM, and T. Chor re: records never provided by DCPS, request records. | KG | .2 | | $465.00 | $ 93.00 |
| 7/26/17 | Follow up correspondence to Kelly Miller, CCM and T. Chor re: outstanding records. | KG | .2 | | $465.00 | $ 93.00 |
| 7/27/17 | Receive/review Pre-Hearing Conference Notice from IHO Ruff | KG | .3 | | $465.00 | $ 139.50 |
| 7/28/17 | Review complaint and file in preparation for PHC | KG | .4 | | $465.00 | $ 186.00 |
| 7/28/17 | Prehearing Conference with IHO Ruff and T. Chor, discuss issues, witnesses, hearing timing. | KG | .8 | | $465.00 | $ 372.00 |
| 7/28/17 | Follow up correspondence with Kelly Miller, T. Chor re: outstanding records, availability to pick up or inspect and review. | KG | .3 | | $465.00 | $ 139.50 |
| 8/1/17 | Correspondence with J. Michney re: compensatory education plan needed for hearing | KG | .4 | | $465.00 | $ 186.00 |
| 8/2/17 | Receive/review pre-hearing conference order | KG | .5 | | $465.00 | $ 232.50 |
| 8/2/17 | PC client re: school referrals | KG | .4 | | $465.00 | $ 186.00 |
| 8/2/17 | Correspondence to Accotink Academy re: referral for student | KG | .2 | | $465.00 | $ 93.00 |
| 8/3/17 | Correspondence to CCM re: RSM notes and records outstanding | KG | .2 | | $465.00 | $ 93.00 |
| 8/3/17 | Receive/review RSM meeting notes. | KG | .4 | | $465.00 | $ 186.00 |
| 8/4/17 | Follow up correspondence to DCPS re: outstanding records request | KG | .1 | | $465.00 | $ 46.50 |
| 8/9/17 | Additional follow up correspondence to DCPS re: outstanding records request | KG | .1 | | $465.00 | $ 46.50 |
| 8/14/17 | Additional follow up correspondence to DCPS re: outstanding records request | KG | .1 | | $465.00 | $ 46.50 |
| 8/15/17 | Receive/review Psycho-Educational Evaluation completed for student | KG | 1 | | $465.00 | $ 465.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/15/17 | Correspondence with Dr. Guilbault re evaluation recommendations and questions about report. | KG | .3 | $465.00 | $ 139.50 |
| 8/16/17 | Correspondence with Dr. Guiltbault re: additional questions, request follow up to report | KG | .2 | $465.00 | $ 93.00 |
| 8/17/17 | Meeting with client, discuss due process hearing dates and start of school year | KG | .5 | $465.00 | $ 232.50 |
| 8/18/17 | Receive/review follow up letter from Dr. Guilbault | KG | .4 | $465.00 | $ 186.00 |
| 8/20/17 | Receive/review draft compensatory education plan | KG | .5 | $465.00 | $ 232.50 |
| 8/22/17 | Follow up correspondence with Kelly Miller re: 12th request for records, no response to date. Transmit Psycho-Educational completed by Child Guidance. | KG | .3 | $465.00 | $ 139.50 |
| 8/22/17 | Receive/review additional records from Kelly Miller MS | KG | .8 | $465.00 | $ 372.00 |
| 8/23/17 | Draft/file Consent Motion for a Continuance to extend HOD deadline | KG | .3 | $465.00 | $ 139.50 |
| 9/9/17 | PC J. Michney re: compensatory education plan | KG | .4 | $465.00 | $ 186.00 |
| 9/9/17 | Receive/review finalized Compensatory Education Plan for disclosures | KG | .3 | $465.00 | $ 139.50 |
| 9/11/17 | Prepare five day disclosure and disclosure letter to submit to DCPS | KG | 3.5 | $465.00 | $ 1,627.50 |
| 9/12/17 | Finalize Five Day disclosure letter and documents to transmit to DCPS, IHO Ruff and Office of Dispute Resolution | KG | 1.8 | $465.00 | $ 837.00 |
| 9/13/17 | Review disclosure documents submitted by T. Chor for DCPS | KG | 1.5 | $465.00 | $ 697.50 |
| 9/13/17 | Preparation for due process hearing - draft opening statement, witness questions for parent | KG | 1.8 | $465.00 | $ 837.00 |
| 9/14/17 | Preparation for due process hearing - draft witness questions for expert witnesses and potential cross based on DCPS disclosed witnesses | KG | 2.3 | $465.00 | $ 1,069.50 |
| 9/16/17 | Preparation for due process hearing - review witness questions with Dr. Nelson, Jay Michney, and James Corley | KG | 1.5 | $465.00 | $ 697.50 |
| 9/18/17 | Preparation for due process hearing - review witness questions with client | KG | 1 | $465.00 | $ 465.00 |
| 9/19/17 | Travel to and from Office of Dispute Resolution for due process hearing | KG | 2 | $232.50 | $ 465.00 |
| 9/19/17 | Appearance at Office of Dispute Resolution for day 1 of due process hearing | KG | 6 | $465.00 | $ 2,790.00 |
| 9/19/17 | Review notes from hearing, preparation for day 2 of due process hearing | KG | 2 | $465.00 | $ 930.00 |
| 9/20/17 | Travel to and from Office of Dispute Resolution for due process hearing | KG | 2 | $232.50 | $ 465.00 |
| 9/20/17 | Appearance at Office of Dispute Resolution for day 2 of due process hearing | KG | 6.5 | $465.00 | $ 3,022.50 |
| 10/5/17 | Receive/review Hearing Officer Determination | KG | .7 | $465.00 | $ 325.50 |
| 10/6/17 | PC client re HOD | KG | .3 | $465.00 | $ 139.50 |
| 10/13/17 | Correspondence with DCPS re HOD, scheduling meeting in Order | KG | .1 | $465.00 | $ 46.50 |
| 10/16/17 | Follow up correspondence with DCPS re: HOD, compensatory education and scheduling meeting | KG | .2 | $465.00 | $ 93.00 |
| 10/18/17 | PC client re: HOD, IEP meeting per order scheduled for 11/6/17. Discuss ordered compensatory education. | KG | .5 | $465.00 | $ 232.50 |
| 10/31/17 | Meeting with client, discuss HOD and upcoming IEP meeting | KG | .4 | $465.00 | $ 186.00 |
| 11/5/17 | PC client re IEP meeting | KG | .2 | $465.00 | $ 93.00 |
| 11/6/17 | IEP meeting at Kelly Miller MS pursuant to HOD. Revise IEP in light of HOD, discuss placement | KG | 1 | $465.00 | $ 465.00 |
| 11/6/17 | Travel to and from IEP meeting | KG | 1 | $232.50 | $ 232.50 |
| 11/10/17 | PC client re school placement update | KG | .2 | $465.00 | $ 93.00 |
| 11/10/17 | Refer compensatory education to provider, with description of type of tutor for student | KG | .3 | $465.00 | $ 139.50 |
| 11/14/17 | PC client re comp ed referral, school placement | KG | .2 | $465.00 | $ 93.00 |
| 11/14/17 | Correspondence with DCPS re status of school placement | KG | .1 | $465.00 | $ 46.50 |

| Date | Description | | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/16/17 | Correspondence with DCPS re status of school placement and transportation start date. | KG | .1 | | $465.00 | $ 46.50 |
| | | | | | | $ - |
| | END BILLING CYCLE | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |



District of Columbia
Public Schools

Office of the General Counsel
1200 First Street, NE, 10 Floor
Washington, DC 20002-4232

| **ATTORNEY FEE WORKSHEET** |
|---|

**Instructions: Please complete the form by filling in the highlighted boxes.**

| **Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV** |
|---|
| Please include your Law Firm, Student Name, and Control # in the Subject Line of Email |
| You may also mail or fax this form to the number/address listed above |

Student Name: ▮
OGC Control Number: 0

| Date | Task | Staff Member | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | | | **FLAT RATE BILLING TOTAL** | $ 608.20 |
| 9/13/17 | Photocopies of DCPS disclosures - 2 sets (one for self, one for witnesses) | KG | 416 | $0.10 | $ 41.60 |
| 9/13/17 | Photocopies of Petitioner disclosures - 3 sets (one for self, one for IHO, one for witnesses) | KG | 666 | $0.10 | $ 66.60 |
| 9/19/17 | Expert witness fee - Dr. Natasha Nelson | | 1 | $500.00 | $ 500.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |



# INVOICE

| | |
|---|---|
| Invoice #: | 01440 |
| Date: | 09/19/2017 |
| Due Date: | 10/04/2017 |
| Balance Due ($): | 500.00 |
| Customer PO #: | |

Infinite Potential, Natasha Nelson, PsyD
7577 Stoney Run Dr Suite P
Hanover, MD 21076
202-487-8471 (Phone)
866-615-6023 (Fax)
MyInfinitePotential@yahoo.com

**Bill To:**
The Law Offices of Kimberly Glassman

| Item | Price ($) | Unit | Qty | Total ($) | Tax |
|---|---|---|---|---|---|
| REview of Records in Preparation for Hearing <br> ███ date of hearing 9-19-17 | 80.00 | hour | 1.5 | 120.00 | |
| Testimony (payment for time spent at hearing) <br> ███ (transportation 7am-8:45am- Hanover Md to hearing office) | 80.00 | hour | 1.75 | 140.00 | |
| Testimony (payment for time spent at hearing) <br> ███ (time at hearing 9am-11am) | 80.00 | hour | 2 | 160.00 | |
| Testimony (payment for time taken during testimony 9-18-12 <br> ███ (transportation from hearing - Hearing office - Hanover) | 80.00 | hour | 1 | 80.00 | |

| | |
|---|---|
| Pre-tax Total: | 500.00 |
| Tax: | 0.00 |
| **Total:** | **500.00** |
| Payments: | 0.00 |
| **Balance ($):** | **500.00** |